**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-01458-RMR

SAYED FAISAL SADAT,
      Petitioner,

v.

JUAN BALTAZAR, Warden, Denver Contract Detention Facility, Aurora, Colorado,
GEORGE VALDEZ, Acting Field Office Director, Denver, Immigration and Customs Enforcement, Enforcement and Removal Operations,
TODD LYONS, Acting Director of Immigration and Customs Enforcement,
MARKWAYNE MULLIN, Acting Secretary of the U.S. Department of Homeland Security, and
TODD BLANCHE, Acting Attorney General of the United States,

      Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and

pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to and in accordance with the Order [ECF No. 21] entered by United

States District Judge Regina M. Rodriguez on July 2, 2026 it is hereby

ORDERED that the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. §

2241 [ECF No. 1] is GRANTED. It is

FURTHER ORDERED that as the prevailing party, Petitioner is awarded their

costs to be taxed by the Clerk of the Court in the time and manner prescribed in Fed. R.

Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1. It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 13th day of July, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/K. Myhaver

Kally Myhaver, Deputy Clerk